UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KEVYN TAYLOR,

    Defendant.

Case No. 8-cr-30061-JPG

## MEMORANDUM AND ORDER

This matter comes before the Court on a letter seeking approval for an international passport, (Doc. 180), which the Court construes as a motion. Taylor filed his motion on November 12, 2024. In his motion, Taylor seeks the Court's "assistance regarding a[n] [international] family trip planned for June 2025." Taylor writes that he requires the Court's approval to apply for a passport. He also asks for guidance and support.

Taylor was released on July 2, 2024. The Court is unaware of any general prohibition on issuing passports to felons; however, even if the Court were aware of such a restriction, the decision to issue a passport or not resides with the State Department and the executive branch—not the judiciary. Whatever relief Taylor seeks, the Court cannot provide; this Court's jurisdiction has been terminated. If Taylor requires help navigating the legal process of applying for a passport or, if necessary, seeking Presidential clemency—Taylor should seek legal counsel, not leave of this Court.

**IT IS SO ORDERED.**
**DATED:  November 19, 2024**

                                                *s/ J. Phil Gilbert*
                                                **J. PHIL GILBERT**
                                                **DISTRICT JUDGE**